IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES EDWARD JOHNSON                                                                          PLAINTIFF

vs.                                         Civil No. 4:09-cv-4047

LOUISE PHILLIPS, et al.                                                                    DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed December 6, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26.  Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order and failure to prosecute.  *See* Fed. R. Civ. P. 41(b).  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of December, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge